268

452 A.2d 1348

COMMONWEALTH of Pennsylvania, DEPARTMENT OF JUSTICE, BUREAU OF CORRECTIONS, Appellee,

v.

COUNCIL 13, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO, by Gerald W. McENTEE, Its Trustee Ad Litem, et al., Appellants.

Supreme Court of Pennsylvania.

Argued Oct. 19, 1982.

Decided Dec. 15, 1982.

Richard Kirschner, Philadelphia, for appellants.

Kristen Brown, Asst. Atty. Gen., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.